DUNCAN W. CANEY *v.* OLF VELDHUIS ET AL.
(10703)

DUPONT, C. J., LAVERY and SCHALLER, Js.

Argued January 13—decision released February 2, 1993

*Olf Veldhuis,* pro se, and *Lydia B. Veldhuis,* pro se, the appellants (defendants).

*Kevin A. Coles,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

A. ABNER ROSEN ET AL. *v.* KATHLEEN ALLEN ET AL.
(11328)

LANDAU, HEIMAN and FREEDMAN, Js.

Argued January 12—decision released February 2, 1993

*John J. Bennett,* for the appellant (named defendant).

*Dean B. Kilbourne,* for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.